STATE v. CARTER

No. 221 PC.

Case below: 46 N.C. App. 606.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 June 1980.

STATE v. CHAVIS and STATE v. BULLARD and
    STATE v. BARTON and STATE v. OXENDINE

No. 154 PC.

Case below: 45 N.C. App. 438.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 June 1980.

STATE v. DIAL

No. 176 PC.

Case below: 46 N.C. App. 122.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980.

STATE v. HILL

No. 97 PC.

Case below: 45 N.C. App. 136.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980. Petition by Attorney General for discretionary review under G.S. 7A-31 denied 3 June 1980.

STATE v. McCOY

No. 165 PC.

Case below: 45 N.C. App. 686.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980. Motion of Attorney General to dismiss appeal for lack of significant public interest allowed 3 June 1980.